```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    OCTAVIO GUTIERREZ-REAL
 6

 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,   ) Case No. 2:10-CR-0113 GEB
                                )
14              Plaintiff,      ) STIPULATION AND [PROPOSED] ORDER
                                ) CONTINUING STATUS CONFERENCE AND
15      v.                      ) EXCLUDING TIME
                                )
16  OCTAVIO GUTIERREZ-REAL,     ) Date:  May 21, 2010
                                ) Time:  9:00 a.m.
17              Defendant.      ) Judge: Garland E. Burrell, Jr.
                                )
18  _____)

19

20      It is hereby stipulated and agreed to between the United States of
21  America through MICHAEL ANDERSON, Assistant United States Attorney, and
22  Octavio Gutierrez-Real, by and through his counsel, JEFFREY L. STANIELS,
23  Assistant Federal Defender, that the status conference in the above
24  captioned case be continued from May 21, 2010, to June 18, 2010.  This
25  continuance was sought in order to permit further investigation,
26  discussion and consultation regarding possible resolution of the case.
27  / / /
28  / / /
```

1    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial
2 Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4
3 from May 21, 2010, through June 18, 2010.
4    IT IS SO STIPULATED.
5 Dated: June 2, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
OCTAVIO GUTIERREZ-REAL

12 Dated: June 2, 2010

BENJAMIN B. WAGNER
United States Attorney

 /s/ Michael Anderson
MICHAEL ANDERSON
Assistant U.S. Attorney

## O R D E R

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until June 18, 2010, at 9:00 a.m. on this court's regular criminal calendar. Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through June 18, 2010.

IT IS SO ORDERED.

Dated:  June 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge