```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    OCTAVIO GUTIERREZ-REAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0113 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND |
| v. | EXCLUDING TIME |
| OCTAVIO GUTIERREZ-REAL, | Date:  June 18, 2010 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant United States Attorney, and Octavio Gutierrez-Real, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from June 18, 2010, to July 9, 2010.  This continuance is sought in order to permit further investigation, discussion and consultation regarding possible resolution of the case.

/ / /

/ / /

1    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial
2 Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4
3 from June 18, 2010, through July 9, 2010.
4    IT IS SO STIPULATED.
5 Dated: June 17, 2010
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ JEFFREY L. STANIELS
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        OCTAVIO GUTIERREZ-REAL


12 Dated: June 17, 2010
                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                         /s/ Michael Anderson
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney


**O R D E R**

The foregoing stipulation of counsel is accepted.  The above captioned matter is ordered to be continued until July 9, 2010, at 9:00 a.m. on this court's regular criminal calendar.  Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through July 9, 2010.

   IT IS SO ORDERED.

Dated:  June 18, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge