DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OCTAVIO GUTIERREZ-REAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-0113 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| OCTAVIO GUTIERREZ-REAL, | ) Date: July 9, 2010 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant United States Attorney, and Octavio Gutierrez-Real, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from July 9, 2010, to August 13, 2010. This continuance is sought in order to permit further investigation, discussion and consultation regarding possible resolution of the case.

/ / /

/ / /

1    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial
2 Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4
3 from July 9, 2010, through August 13, 2010.
4    IT IS SO STIPULATED.
5 Dated: July 8, 2010
                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ JEFFREY L. STANIELS
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      OCTAVIO GUTIERREZ-REAL


12 Dated: July 8, 2010
                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                       /s/ Michael Anderson
                                      MICHAEL ANDERSON
                                      Assistant U.S. Attorney


**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until August 13, 2010, at 9:00 a.m. on this court's regular criminal calendar. Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through August 13, 2010.

   IT IS SO ORDERED.

Dated: July 13, 2010

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge